655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Lewis Roca
ROTHGERBER CHRISTIE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. FLEMING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CIGNA HEALTH CORPORATION; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTHCARE OF CALIFORNIA, INC.; CONNECTICUT GENERAL LIFE INSURANCE, JOHN/JANE DOES, 1-100,<br><br>　　　　Defendants. | Case No. 17-cv-04852-EMC<br><br>**PR~~OP~~OSED ORDER GRANTING STIPULATED REQUEST TO SET TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br><br>**Hon. Edward M. Chen** |

Having considered Defendants Cigna Health Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of California, Inc., and Connecticut General Life Insurance (collectively, "Defendants") and Plaintiff Jeffrey E. Fleming stipulated request to set the time for Defendants to answer or otherwise respond to the Complaint, and for good cause showing, the request is GRANTED.

IT IS HEREBY ORDERED that the deadline for Defendants to answer or otherwise respond to the Complaint shall be March 29, 2018.

**IT IS SO ORDERED.**


Dated: 3/14/18

_____
EDWA[RD M. CHEN]
United S[tates District Judge]

*IT IS SO ORDERED*
*Judge Edward M. Chen*

103916286_1　　　　　　　　　　　　　　-1-
PROPOSED ORDER SETTING RESPONSE DATE – 17-cv-04852-EMC